IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cunningham, Edward M<br>Cunningham, Teresa M<br>Printed: 01/29/09 | Case Number: 08 B 13267<br>Judge: Goldgar, A. Benjamin<br>Filed: 5/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 16, 2008
Confirmed: July 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,915.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,725.52 |
| Trustee Fee: | | 189.48 |
| Other Funds: | | 0.00 |
| Totals: | 2,915.00 | 2,915.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 3,201.00 | 2,725.52 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial National Bank | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 14,284.50 | 0.00 |
| 6. | Citi Mortgage | Secured | 4,600.00 | 0.00 |
| 7. | Chicago Patrolmen's Fed Credit Union | Unsecured | 11,457.72 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 60.91 | 0.00 |
| 9. | Chicago Patrolmen's Fed Credit Union | Unsecured | 1,255.07 | 0.00 |
| 10. | Dell Financial Services, Inc | Unsecured | 402.61 | 0.00 |
| 11. | Chase Bank USA NA | Unsecured | 188.54 | 0.00 |
| 12. | Wells Fargo Financial Bank | Unsecured | 2,404.85 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 118.95 | 0.00 |
| 14. | GMAC Auto Financing | Unsecured | 2,543.15 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 775.32 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 366.72 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 465.77 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,745.48 | 0.00 |
| 19. | Discover Financial Services | Unsecured | 1,258.85 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 2,841.31 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 341.92 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 171.05 | 0.00 |
| 23. | Chicago Patrolmen's Fed Credit Union | Unsecured | 1,062.99 | 0.00 |
| 24. | Spirit Of America Nat'l Ban | Unsecured | 35.75 | 0.00 |
| 25. | Resurrection Medical | Unsecured | 210.65 | 0.00 |
| 26. | Resurgent Capital Services | Unsecured | 325.82 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Cunningham, Edward M
Cunningham, Teresa M
Printed: 01/29/09

Case Number: 08 B 13267
Judge: Goldgar, A. Benjamin
Filed: 5/23/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Resurgent Capital Services | Unsecured | 1,135.42 | 0.00 |
| 28. | Resurgent Capital Services | Unsecured | 1,224.74 | 0.00 |
| 29. | RoundUp Funding LLC | Unsecured | 914.60 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 757.72 | 0.00 |
| 31. | Patricia Chambers | Secured | | No Claim Filed |
| 32. | Cook County Treasurer | Secured | | No Claim Filed |
| 33. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 34. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 35. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 54,151.41 | $ 2,725.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 189.48 |
| | $ 189.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

